ACCEPTED
01-15-00533-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/23/2015 2:34:21 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00533-CR

In the
Court of Appeals
For the
First Judicial District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/23/2015 2:34:21 PM

CHRISTOPHER A. PRINE
Clerk

————————◆————————

## No. 1416217

In the 180th District Court of
Harris County, Texas

————————◆————————

**RODNEY EARL BURNETT**
*Appellant*
v.
**THE STATE OF TEXAS**
*Appellee*

————————◆————————

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

————————◆————————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.1(a) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the 180th District Court of Harris County, Texas, in The State of Texas v. Rodney Earl Burnett, Cause Number 1416217, appellant was charged with aggravated robbery.

2. Appellant was sentenced to incarceration for life.

3. The State's brief was due on September 23, 2015.

5. An extension of time in which to file the State's brief is requested until October 23, 2015.

6. No previous extension has been requested by the State.

7. The facts relied upon to explain the need for this extension are:

   a) The undersigned attorney was assigned this case on September 1, 2015.

   b) Since assigned this case, the undersigned attorney finished writing the State's briefs in the following case:

      (1) Cause Number 14-15-00503-CR, *The State of Texas, Appellant, v. Pastor Isreal Diaz-Bonilla, Appellee*, which involved one point of error.

   c) The undersigned attorney is also currently engaged in the preparation of the State's Brief in the following appellate cause numbers:

      (1) Cause Number 01-14-00885-CR, *Abner Washington, Appellant v. The State of Texas, Appellee*, which involves one point of error;

      (2) Cause Numbers 01-15-00324-CR and 01-15-00325-CR, *Astin Chavers Clark, Appellant v. The State of Texas, Appellee*, which involves one point of error;

(3) and Cause Number 14-14-00375-CR, *Frank Distefano, Appellant, v. The State of Texas*, *Appellee*, which involves three points of error.

WHEREFORE, the State prays that this Court will grant an extension of time until October 23, 2015 in which to file the State's brief in this case.

Respectfully submitted,

/s/ *Carly Dessauer*

**CARLY DESSAUER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
State Bar No. 24069083
dessauer_carly@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served to appellant's attorney on September 23, 2015 through TexFile:

Joseph Varela
2500 East T.C. Jester Blvd., Suite 247
Houston, Texas 77008
jwvarela@gmail.com

/s/ *Carly Dessauer*

**CARLY DESSAUER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
State Bar No. 24069083
dessauer_carly@dao.hctx.net
curry_alan@dao.hctx.net

Date: September 23, 2015